IN THE UNITED STATES DISTRICT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| THERESA S. CLARK, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 05-01191-CV-W- DW |
| | ) |
| D.A.N. JOINT | ) |
| VENTURE III, L.P., et al. | ) |
| | ) |
| Defendant. | ) |

ORDER

Before the Court is Thomas J. Fritzlen, Robert M. Swiss and the law firm of Martin, Leigh, Laws & Fritzlen, P.C.'s Motion for Leave to Permit the Simultaneous Withdrawal of Counsel and Entry of Appearance by Substitute Counsel (Doc. 23) and Vincent F. O'Flaherty's Entry of Appearance and Designation as Lead Trial Counsel. (Doc. 19).

For compliance with Rule 83.5(o), it is hereby

ORDERED that the Motion for Leave to Permit the Simultaneous Withdrawal of Counsel and Entry of Appearance by Substitute Counsel (Doc. 23), is GRANTED. Thomas J. Fritzlen, Robert M. Swiss and the law firm of Martin, Leigh, Laws & Fritzlen, P.C. shall be WITHDRAWN as counsel for the Defendant D.A.N. Joint Venture III, L.P..

ORDERED that the Entry of Appearance and Designation as Lead Counsel (Doc. 19) is also GRANTED.

IT IS SO ORDERED

/s/ DEAN WHIPPLE

Dean Whipple
United States District Judge

DATE: September 25, 2006