# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| THERESA CLARK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 05-01191-CV-W-DW |
| ) | |
| D.A.N. JOINT VENTURE III, L.P., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On November 20, 2007, the parties filed a Stipulation for Dismissal with Prejudice. (Doc. 55). Pursuant to the Stipulation, this case is DISMISSED with prejudice. The Clerk of the Court shall mark the case as CLOSED.

Date:   December 6, 2007                                             /s/ Dean Whipple
                                                                                            Dean Whipple
                                                                              United States District Judge